# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 1:19-cv-01602-MN |
| v. | ) ) | |
| EPAY SYSTEMS, INC., | ) ) | |
| Defendant. | ) | |

## SITPULATION FOR EXTENSION OF TIME TO FILE PROPOSED JOINT SCHEDULING ORDER AND PROPOSED ORDER FOR SAME

Plaintiff Rothschild Digital Confirmation, LLC ("RDC") and Defendant Epay Systems, Inc. ("Epay"), subject to the approval by the Court, hereby stipulate and agree to extend the time to file the proposed joint scheduling order to January 13, 2020.

As grounds for this motion, RDC asserts the following:

1. On November 21, 2019, the Court ordered that RDC coordinate with CompanyCam, Inc., Acumatica, Inc., Mize, Inc., Replicon Software, Inc., Epay Systems, Inc., and TeamConnect, LLC to arrive at a joint scheduling order for all cases;

2. The parties require additional time to complete a joint scheduling order coordinating with all of the various entities;

3. In total, Epay Systems, Inc., Replicon Software, Inc., Mize, Inc., Epay Systems, Inc., Acumatica, Inc., and TeamConnect, LLC have stipulated to extension of the deadline to January 13, 2020 and CompanyCam, Inc. does not oppose this motion;

4. An extension of time will not affect any other deadlines on the schedule.

In view of above, RDC and Epay respectfully request extension of time to file the proposed scheduling order to ensure coordination with all of the parties.

Dated: December 23, 2019

By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N West Street, Third Floor
Wilmington, DE 19801
Tel: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff Rothschild Digital Confirmation, LLC*

By: */s/ Karen Keller*
Karen Keller (#4489)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, Delaware 19801
Tel: (302) 298-0702
kkeller@shawkeller.com

*Attorneys for Plaintiff Epay Systems, Inc.*

IT IS SO ORDERED, this _____ day of _____ 2019.

_____
U.S.D.J.

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 23, 2019.

*/s/  Stamatios Stamoulis*